**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-6994**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SLADE MILLER,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, District Judge.  (CR-89-196)

———————

Submitted:  October 18, 2005          Decided:  October 21, 2005

———————

Before WIDENER, MICHAEL, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Slade Miller, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Slade Miller, a federal prisoner, appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2000), based upon Amendment 632 to the Federal Sentencing Guidelines. Because Amendment 632 does not provide Miller the relief he seeks under § 3582(c)(2), we affirm for the reasons stated by the district court. See United States v. Miller, No. CR-89-196 (E.D. Va. filed June 9, 2005 & entered June 10, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED